UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY SCOTT ZIEGLER,<br><br>                Petitioner,<br>   v.<br><br>STATE OF WASHINGTON,<br><br>                Respondent. | No. C10-5263 BHS/KLS<br><br>ORDER DENYING MOTION FOR THE APPOINTMENT OF COUNSEL |

      This 28 U.S.C. § 2254 petition has been assigned to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S. C. § 636(b)(1) and Local MJR 3 and 4.  Petitioner has filed a motion for the appointment of counsel.  Dkt. 7.  Petitioner requests the appointment of counsel because he is indigent and incarcerated.  *Id.*

      There is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless an evidentiary hearing is required, because the action is civil, not criminal, in nature.  See *Terravona v. Kincheloe*, 852 F.2d 424, 429 (9th Cir. 1988); *Brown v. Vasquez*, 952 F.2d 1164, 1168 (9th Cir. 1992); and Rule 8(c) of the Rules Governing Section 2254 Cases in the United States District Courts.

      Petitioner has not yet demonstrated that an evidentiary hearing is necessary or that he is entitled to one.

ORDER DENYING MOTION FOR COUNSEL - 1

Accordingly, it is **ORDERED**:

(1)   Petitioner's motion for counsel (Dkt. 7) is **DENIED**.

(2)   The Clerk is directed to send copies of this Order to Petitioner.

DATED this 10th day of June, 2010.

                                            Karen L. Strombom
                                            United States Magistrate Judge

ORDER DENYING MOTION FOR COUNSEL - 2