UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEFFREY SCOTT ZIEGLER,

    Petitioner,

v.

BRUNO STOLC, et al.,

    Respondents.

CASE NO. C10-5263BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 15). The Court having considered the Report and Recommendation and the remaining record, and no objections having been filed, does hereby find as follows:

(1)     The Court adopts the Report and Recommendation;

(2)     The Court **ORDERS** that Petitioner's application to proceed in forma pauperis (Dkt. 1) is **DENIED**.

DATED this 28th day of July, 2010.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER