# United States District Court

WESTERN DISTRICT OF WASHINGTON

JEFFREY SCOTT ZIEGLER,

            v.

BRUNO STOLC, et al.,

JUDGMENT IN A CIVIL CASE

CASE NO. C10-5263BHS

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Ziegler's motion to dismiss (Dkt. 36) is **GRANTED** and that Ziegler's petition for writ of habeas corpus is **DISMISSED without prejudice**.

| November 5, 2010 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |
| | *s/ Mary Trent* |
| | Deputy Clerk |